No. 98–1140. WINTERS, REPRESENTATIVE OF THE ESTATE OF WINTERS, DECEASED, ET AL. *v.* DIAMOND SHAMROCK CHEMICAL CO. ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition. █

No. 98–1143. THOMAS E. HOAR, INC. *v.* SARA LEE CORP. ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition. █

No. 98–1172. PIPER JAFFRAY, INC., ET AL. *v.* HALLIGAN, EXECUTRIX OF THE ESTATE OF HALLIGAN, DECEASED. C. A. 2d Cir. Motion of Securities Industry Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. █

No. 98–1209. YOHN *v.* FREIDMAN, UNITED STATES DISTRICT JUDGE FOR THE EASTERN DISTRICT OF MICHIGAN, ET AL. C. A. 6th Cir. Certiorari before judgment denied.

No. 98–7565. HUGO P. *v.* GEORGE P. ET AL. Sup. Jud. Ct. Mass. Motion of National Association of Counsel for Children for leave to file a brief as *amicus curiae* granted. Motion of petitioner to strike affidavit from appendix to George P.'s brief in opposition denied. Certiorari denied. █